IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

        Plaintiff(s),

vs.                                                             No. CIV

        Defendant(s).

## INFORMATION SHEET FOR T.R.O.

Attorney(s) for Plaintiff(s): *(include phone #)*

Attorney(s) for Defendant(s): *(include phone #)*

Nature of Underlying Claim: *(contract, tort, environment, etc.)*

Jurisdiction: *(Cite Statutes)*

Precise statement of activity sought to be restrained or compelled:

## HEARING

Estimated length of hearing:

Request hearing to be set for: *(Select one)*
◯ Today ◯ Tomorrow ◯ Within One Week ◯ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time? ◯ Yes ◯ No

Have the opposing party(ies) and their attorney(s) been notified ? ◯ Yes ◯ No

    If answer is yes, when?

    If answer is no, why not?

Notice given by: ☐ Phone ☐ Fax ☐ Letter ☐ In Person ☐ Other