**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Gregory J. Fouratt
United States Magistrate Judge**

**Clerk's Minutes**

**CIV 21-21 MV/GJF**

*Blockchain Tek, LLC v. Wattum Management, Inc.*

**Date of Hearing: 2/12/2021**
*(not recorded)*

| | |
|---|---|
| **Attorney for Plaintiff**: | David Jordan |
| **Proceedings**: | Telephonic Status Conference |
| *Start Time*: | 1:30 p.m. |
| *Stop Time*: | 1:40 p.m. |
| **Total Time**: | **10 minutes** |
| **Clerk**: | NMH |

**Notes:**

- The Court explained that it was holding this status conference to ascertain Plaintiff's plan for moving forward in this case. The Court noted that, after denying Plaintiff's application for a temporary restraining order, Judge Vázquez ordered Plaintiff to serve Defendant and file a notice of such service with the Court as soon as practicable. *See* ECF 3 at 2. Mr. Jordan advised that Plaintiff needed to recover certain equipment before serving Defendant. Mr. Jordan further stated that, with that step accomplished, Plaintiff was currently in the process of serving Defendant in Caspar, WY, and that he expected Defendant to be served within the next few business days.
- *The Court adjourned.*