IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BLOCKCHAIN TEK, L.L.C )<br>　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　 )<br>WATTUM MANAGEMENT INC., )<br>　　　　Defendant. )<br>_____ ) | No. 1:21-CV-00021-MV-GJF |

**NOTICE OF COMPLETION OF SERVICE OF COMPLAINT**

COMES NOW, Plaintiff, by and through their attorney of record, David R. Jordan, and hereby gives notice of service on Defendant WATTUM MANAGEMENT INC., with one copy of the summons, complaint and application for temporary restraining order, by a private process server on February 22, 2021. *Please see attached return of service*.

RESPECTFULLY SUBMITTED this 25th day of February, 2021.

*The Law Offices of David R. Jordan, P.C.*

/s/ David R. Jordan
*Attorney for Plaintiff*
1995 State Road 602
PO Box 840
Gallup, NM 87305-0840
P:(505) 863-2205
F: (866) 604-5709