| STATE OF NEW MEXICO | COUNTY OF |
|---|---|

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

**BLOCKCHAIN TEK LLC**
  *Plaintiff,*
  *-vs-*
**WATTUM MANAGEMNET INC**
  *Defendant.*

Civil Action No: **1;21-CV-00021-MV-GJF**

### SERVICE RETURN FOR WATTUM MANAGEMNET INC

I, **Nathan Musser**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [▶] I made service of said *Summons and Complaint* in the county aforesaid on the **22nd** day of **February, 2021**, at **2:37 PM** *(from GPS coordinates 42.844586, -106.237855)* by delivering a copy of the same, to **WATTUM MANAGEMNET INC** to wit:

    a. [ ] Personally and in person at:
        [ ] Home
        [▶] Work: **WATTUM MANAGEMNET, INC**
        [ ] Bank:
        [ ] Other:

    b. [▶] By leaving copies with **Mindy Moens (Reception)**, a person over the age of 14 years old, at the defendant's usual place of employment: **WATTUM MANAGEMNET, INC, REG AGENT, 5830 E 2nd St Ste 8, Casper, WYOMING 82609**.

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Physical Description:
White Female, approx 5'6", approx 139 lbs, approx 30's, Black hair.

_____
Nathan Musser

Subscribed and affirmed, or sworn to before me in the County of __NATRONA__,
State of __Wyoming__ this __23__ day of __Feb__ 2021.

_____
Notary Public / Clerk

NOTARY PUBLIC
ROBERT T. TATE
STATE OF WYOMING
COUNTY OF NATRONA
My Commission Expires October 8, 2022

Proof Serve                                                                 704623



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00021-MV-GJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Wattum Managment, Inc__
was received by me on *(date)* __2-22-21__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Mindy Moens__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Wattum Managment, Inc__ on *(date)* __2-22-21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __2-23-21__

*Nathan Musser*
Server's signature

__Nathan Musser__
Printed name and title

__4100 Sweetbrier #105 Casper, WY 82604__
Server's address

Additional information regarding attempted service, etc: