IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BLOCKCHAIN TEK, L.L.C )
      Plaintiff, )    No. 1:21-CV-00021-MV-GJF
v. )
 )
WATTUM MANAGEMENT INC., )
      Defendant. )
_____)

## NOTICE OF DISMISSAL

Plaintiff hereby gives notice of the dismissal of this cause without prejudice. No answer or motion for summary judgment has been filed.

RESPECTFULLY SUBMITTED this 28th day of June, 2021.

*The Law Offices of David R. Jordan, P.C.*

/s/ David R. Jordan
*Attorney for Plaintiff*
1995 State Road 602
PO Box 840
Gallup, NM 87305-0840
P:(505) 863-2205
F: (866) 604-5709